| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Vance, Sarah S. | 2. Court or Organization United States District Court | 3. Date of Report 10/10/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

500 Poydras Street
Room C-255
New Orleans, Louisiana 70130

*IMPORTANT NOTES:* The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Past President / Board Member | New Orleans Chapter Federal Bar Association |
| 2. Board Member | Tulane Law Institute National Advisory Board |
| 3. Board Member | Tulane Law School -- Dean's Advisory Board |
| 4. Council Member | American Law Institute |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Jones Walker LLP - income from law practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute | April 11-14, 2016 | New York, NY | ALI Young Scholars Medal Conference | Travel, lodging, meals |
| 2. | International Bar Association | October 12-15, 2016 | Florence, Italy | IBA Antitrust Conference | Travel, lodging, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 10/10/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 10/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IRRA #2, Rollover Merrill Lynch (H): | | | | | | | | | |
| 2.  --Merrill Lynch USA Rasp / Cash | A | Dividend | J | T | | | | | |
| 3.  --iShares MSCI EAFE Index (EFA) | B | Dividend | L | T | Buy (add'l) | 02/08/16 | J | | |
| 4. | | | | | Sold (part) | 05/18/16 | J | | |
| 5. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 6. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 7.  --iShares iBoxx $ Invt Grade Corp BD Fund (LQD) | A | Dividend | K | T | Buy (add'l) | 02/08/16 | J | | |
| 8. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 9. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 10.  --iShares Barclays TIPS BO Protected SECS FD (TIP) | A | Dividend | K | T | Buy (add'l) | 02/08/16 | J | | |
| 11. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 12. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 13.  --iShares Barclays 3-7 YEAR TRSY BD FD (IEI) | A | Dividend | K | T | Buy (add'l) | 02/08/16 | J | | |
| 14. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 15. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 16.  --iShares Barclays MBS BON Fund (MBB) | A | Dividend | K | T | Buy (add'l) | 02/08/16 | J | | |
| 17. | | | | | Sold (part) | 07/06/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 10/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 19. --SPDR Barclays High Yield Bond ETF (JNK) | A | Dividend | | | Buy (add'l) | 02/08/16 | J | | |
| 20. | | | | | Sold | 07/06/16 | J | A | |
| 21. --Vanguard Small Cap Value ETF (VBR) | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | |
| 22. | | | | | Sold (part) | 07/06/16 | K | A | |
| 23. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 24. --Vanguard Small CAP Growth ETF (VBK) | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | |
| 25. | | | | | Sold (part) | 05/18/16 | J | B | |
| 26. | | | | | Sold (part) | 07/06/16 | J | A | |
| 27. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 28. --Vanguard Value ETF (VTV) | C | Dividend | M | T | Buy (add'l) | 02/08/16 | J | | |
| 29. | | | | | Sold (part) | 07/06/16 | J | B | |
| 30. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 31. ----Vanguard Growth ETF (VUG) | B | Dividend | M | T | Buy (add'l) | 02/08/16 | J | | |
| 32. | | | | | Sold (part) | 05/18/16 | K | D | |
| 33. | | | | | Sold (part) | 07/06/16 | J | B | |
| 34. | | | | | Buy (add'l) | 07/28/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Vanguard Intermediate Term Bond ETF (BIV) | B | Dividend | K | T | Buy (add'l) | 02/08/16 | J | | |
| 36. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 37. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 38. --Vanguard Short Term Bond (BSV) | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | |
| 39. | | | | | Sold (part) | 07/06/16 | J | A | |
| 40. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 41. --Vaneck Vectors EMRG MKTS Local Currenty Debt ETF (EMLC) (exchange) | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | |
| 42. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 43. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 44. --Powershares Global Exchange Traded FD TR (PCY) | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | |
| 45. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 46. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 47. --Powershares Preferred Portfolio (PGX) | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | |
| 48. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 49. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 50. --iShares iBoxx $ High Yiel | A | Dividend | J | T | Buy | 07/06/16 | J | | |
| 51. | | | | | Buy (add'l) | 07/28/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 10/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --iShares INC CORE MSCI (IEMG) | A | Dividend | K | T | Buy (add'l) | 02/08/16 | J | | |
| 53. | | | | | Sold (part) | 07/06/16 | J | A | |
| 54. | | | | | Buy (add'l) | 05/18/16 | J | | |
| 55. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 56. | | | | | | | | | |
| 57. IRA #3, Merrill Lynch New Orleans (H): | | | | | | | | | |
| 58. --Merrill Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| 59. --ML Bank USA Rasp | A | Dividend | K | T | | | | | |
| 60. --iShares MSCI EAFE Index fund (EFA) | C | Dividend | M | T | Buy (add'l) | 04/08/16 | J | | |
| 61. | | | | | Buy (add'l) | 05/18/16 | J | | |
| 62. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 63. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 64. --iShares iBoxx $ INVT Grade Corp BD Fund (LQD) | B | Dividend | K | T | Buy (add'l) | 02/08/16 | J | | |
| 65. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 66. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 67. --ishares Barclays TIPS BO Protected SECS FD (TIP) | A | Dividend | K | T | Buy (add'l) | 02/08/16 | J | | |
| 68. | | | | | Buy (add'l) | 07/06/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 10/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 70. --iShares Barclays 3-7 YEA TRSY BD FD (IEI) | A | Dividend | K | T | Buy (add'l) | 02/08/16 | J | | |
| 71. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 72. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 73. --iShares Barclays MBS BON Fund (MBB) | B | Dividend | L | T | Buy (add'l) | 02/08/16 | J | | |
| 74. | | | | | Sold (part) | 07/06/16 | J | A | |
| 75. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 76. --SPDR Barclays High Yield Bond ETF (JNK) | A | Dividend | | | Buy (add'l) | 02/08/16 | J | | |
| 77. | | | | | Sold | 07/06/16 | J | A | |
| 78. --Vanguard Small Cap Value ETF (VBR) | A | Dividend | K | T | Buy (add'l) | 02/08/16 | J | | |
| 79. | | | | | Sold (part) | 02/06/16 | J | B | |
| 80. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 81. --Vanguard Small Cap Growth ETF (VBK) | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | |
| 82. | | | | | Sold (part) | 05/18/16 | K | B | |
| 83. | | | | | Sold (part) | 07/06/16 | J | A | |
| 84. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 85. --Vanguard Value ETF (VTV) | D | Dividend | N | T | Buy (add'l) | 02/08/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 10/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 07/06/16 | J | C | |
| 87. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 88.   --Vanguard Growth ETF (VUG) | C | Dividend | M | T | Buy (add'l) | 02/08/16 | J | | |
| 89. | | | | | Sold (part) | 05/18/16 | K | D | |
| 90. | | | | | Sold (part) | 07/06/16 | J | C | |
| 91. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 92.   --Vanguard Intermediate Term Bond ETF (BIV) | B | Dividend | L | T | Buy (add'l) | 02/08/16 | J | | |
| 93. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 94. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 95.   --Vanguard Short Term Bond (BSV) | A | Dividend | K | T | Buy (add'l) | 02/08/16 | J | | |
| 96. | | | | | Sold (part) | 07/06/16 | K | A | |
| 97. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 98.   --Vaneck Vectors EMRG MKTS Local Currency DEBT ETF (EMLC) (exchange) | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | |
| 99. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 100. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 101.   --iShares iBoxx $ High Yiel | A | Distribution | K | T | Buy | 07/06/16 | J | | |
| 102. | | | | | Buy (add'l) | 07/28/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 10/10/2017 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Powershares Global Exchange Traded FD TR (PCY) | B | Dividend | K | T | Buy (add'l) | 02/08/16 | J | | |
| 104. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 105. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 106. --Powershares Preferred Portfolio (PGX) | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | |
| 107. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 108. --iShares INC CORE MSCI (IEMG) | B | Dividend | K | T | Buy (add'l) | 02/08/16 | J | | |
| 109. | | | | | Buy (add'l) | 05/18/16 | K | | |
| 110. | | | | | Sold (part) | 07/06/16 | J | A | |
| 111. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 112. | | | | | | | | | |
| 113. Profit Sharing Retirement Plan - Fidelity Invest. Account (H) | | | | | | | | | |
| 114. --Ret Gov't (Money Market Fund) | A | Dividend | M | T | Buy (add'l) | 03/30/16 | J | | |
| 115. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 116. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 117. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 118. --Fidelity Growth Company K (FGCKX) | E | Dividend | N | T | | | | | |
| 119. --Harbor Intl Inst (HAINX) | B | Dividend | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 10/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Fidelity US Bond Index Fund (FXSTX) (name change) | D | Dividend | N | T | | | | | |
| 121. --Goldman Sachs Small Cap Value Class A (GSSMX) | D | Dividend | N | T | | | | | |
| 122. --Lazard Emerging Mkts Institutional (LZEMX) | B | Dividend | M | T | | | | | |
| 123. --Fidelity Cash Reserves (FDRXX) | A | Int./Div. | J | T | | | | | |
| 124. --Gabelli Equity Income CL A (GCAEX) | E | Dividend | N | T | | | | | |
| 125. --Pimco Income Fund CL DT | D | Dividend | N | T | | | | | |
| 126. --Vanguard Inflation PROT ADM (VAIPX) | C | Dividend | M | T | | | | | |
| 127. | | | | | | | | | |
| 128. Cash Management Account, Merrill Lynch (H): | | | | | | | | | |
| 129. --Merrill Lynch Cash Equivalent Account | A | Interest | J | T | | | | | |
| 130. --Blackrock Global Allocation FD INC C (MCLOX) | A | Dividend | J | T | | | | | |
| 131. | | | | | | | | | |
| 132. Trust, Merrill Lynch (H): | | | | | | | | | |
| 133. --Merrill Lynch Cash Equivalent Account | A | Interest | J | T | | | | | |
| 134. --Columbia Large Cap Growth Fund III Class A (NFEAX) | A | Dividend | J | T | | | | | |
| 135. --Lord Abbett Developing Growth Fund CL A | A | Dividend | J | T | | | | | |
| 136. --Putnam International Equity Fund CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 10/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Davis NY Venture FD A | A | Dividend | K | T | | | | | |
| 138. | | | | | | | | | |
| 139. Checking and Money Market Accounts, J.P. Morgan | A | Interest | K | T | | | | | |
| 140. | | | | | | | | | |
| 141. Judicial & Justice Federal Credit Union | A | Interest | J | T | | | | | |
| 142. | | | | | | | | | |
| 143. Morgan Stanley Bank, N.A. (H): | A | Interest | | | Sold | 06/30/16 | J | A | |
| 144. --Consulting Grp Core Fixed Inc (TIIUX) | A | Dividend | | | Sold | 06/30/16 | K | A | |
| 145. --Consulting Grp Emrg Mkt EQ INV (TEMUX) | A | Dividend | | | Sold | 06/30/16 | K | A | |
| 146. --Consulting Grp HI YLD Invstmnt (THYUX) | B | Dividend | | | Sold | 06/30/16 | K | A | |
| 147. --Consulting Grp Intl EQ Invest (TIEUX) | A | Dividend | | | Sold | 06/30/16 | K | A | |
| 148. --Consulting Grp Intl FX Inc Inv (TIFUX) | A | Dividend | | | Sold | 06/30/16 | K | A | |
| 149. --Consulting Grp LG Cap Val Eq (TLVUX) | A | Dividend | | | Sold | 02/08/16 | J | A | |
| 150. --Consulting Grp LG CP GW Invest (TLGUX) | A | Dividend | | | Sold (part) | 01/16/16 | J | A | |
| 151. | | | | | Buy (add'l) | 02/08/16 | J | | |
| 152. | | | | | Sold (part) | 04/14/16 | J | A | |
| 153. | | | | | Sold | 06/30/16 | M | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 10/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Consulting Grp SM CP GW Invest (TSGUX) | A | Dividend | | | Buy (add'l) | 02/08/16 | J | | |
| 155. | | | | | Sold | 06/30/16 | K | A | |
| 156. --Consulting Grp SM GP VL EQ Inv (TSVUX) | A | Dividend | | | Sold | 02/08/16 | J | A | |
| 157. | | | | | | | | | |
| 158. Merrill Lynch: (H): | | | | | | | | | |
| 159. --iShares INC Core MSCI Emerging MKTS ETF (IEMG) | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | |
| 160. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 161. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 162. --Vanguard Small Cap Growth ETF (VBK) | A | Dividend | J | T | Buy | 02/08/16 | J | | |
| 163. | | | | | Sold (part) | 05/18/16 | J | | |
| 164. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 165. --Vanguard Value ETF (VTV) | B | Dividend | L | T | Buy (add'l) | 02/08/16 | J | | |
| 166. | | | | | Buy (add'l) | 07/06/16 | L | | |
| 167. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 168. --Vanguard Growth ETF (VUG) | A | Dividend | L | T | Buy (add'l) | 02/08/16 | J | | |
| 169. | | | | | Sold (part) | 05/18/16 | J | A | |
| 170. | | | | | Buy (add'l) | 07/06/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 10/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 172. --Vanguard Intermediate Term Bond ETF (BIV) | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | |
| 173. | | | | | Buy (add'l) | 07/06/16 | K | | |
| 174. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 175. --Vanguard Short Term Bond (BSV) | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | |
| 176. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 177. --Market Vectors EMRG MKTS Local Currency Debt ETF (EMLC) | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | |
| 178. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 179. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 180. --Powershares Global Exchange Traded FD TR (PCY) | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | |
| 181. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 182. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 183. --Powershares Preferred Portfolio (PGX) | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | |
| 184. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 185. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 186. --SPDR Barclays High Yield Bond ETF (JNK) | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | |
| 187. | | | | | Sold | 07/06/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 10/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --Vanguard Small Cap value ETF (VBR) | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | |
| 189. | | | | | Buy (add'l) | 05/18/16 | J | | |
| 190. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 191. --Emerging Global Shares Dow Jones (ECON) | A | Dividend | | | Buy (add'l) | 07/06/16 | J | | |
| 192. --iShares MSCI EAFE (EFA) | A | Dividend | K | T | Buy (add'l) | 02/08/16 | J | | |
| 193. | | | | | Buy (add'l) | 05/18/16 | J | | |
| 194. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 195. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 196. --iShares iBoxx $ IVT Grade CORP BD (LQD) | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | |
| 197. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 198. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 199. --iShares iBoxx $ High Yiel (HYG) | A | Dividend | J | T | Buy | 07/06/16 | J | | |
| 200. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 201. --iShares TIPS Bond ETF (TIP) | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | |
| 202. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 203. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 204. --iShares 3-7 Year treasury Bond ETF (IEI | A | Dividend | J | T | Buy (add'l) | 02/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 10/10/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 206. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 207.  --iShares MBS ETF (MBB) | A | Dividend | K | T | Buy (add'l) | 02/08/16 | J | | |
| 208. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 209. | | | | | Buy (add'l) | 07/28/16 | J | | |
| 210.  --ML Bank Deposit Program | A | Dividend | J | T | | | | | |
| 211. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 10/10/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sarah S. Vance**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544